McRoberts, Appellant, *v.* Opfermann et al.

Argued September 29, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Martin Croissant,* for appellant.

*Zeno Fritz,* with him *Albert B. Monaco,* for appellees.

PER CURIAM, November 8, 1948:

For the reasons stated in the opinion at No. 186, *McRoberts v. Opfermann et al.,* 360 Pa. 341, the order of the court below is affirmed.